Dismissed and Memorandum Opinion filed May 24, 2007








Dismissed
and Memorandum Opinion filed May 24, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00200-CV

____________

 

HARRIS COUNTY HOSPITAL DISTRICT, Appellant

 

V.

 

SONJA SCOTT, Appellee

 



 

On Appeal from the 270th District
Court

Harris County , Texas

Trial Court Cause No. 2006-15322

 



 

M E M O R A N D U M   O P I N I O N

This is
an accelerated appeal from an order signed February 15, 2007.  On May 14, 2007,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 24,
2007.

Panel consists of Justices Yates, Edelman and Seymore..